UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re JERRY DILLINGHAM, | Case No. 17-cv-03699-YGR (PR) |
|---|---|
| | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

This action was opened when the Court received from Plaintiff Jerry Dillingham a letter addressed to Senior District Court Judge Thelton E. Henderson expressing his displeasure with the conditions of his confinement. In this action, the Clerk of the Court opened a case file and sent two notices to Plaintiff. Dkts. 2, 3. In a notice dated June 28, 2017, the Clerk sent Plaintiff a blank civil rights complaint form, and told him that he must complete this document within twenty-eight days or his action would be dismissed. Dkt. 2. In another notice dated June 28, 2017, the Clerk of the Court directed Plaintiff to complete an *in forma pauperis* (IFP) application, and told him that he must complete this document within twenty-eight days or his action would be dismissed. Dkt. 3.

More than twenty-eight days have passed, and Plaintiff has not filed the necessary documents or otherwise communicated with the Court. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: October 18, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge